AO 450 (SCD 04/2010) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Shad William Adams ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No.    5:19-cv-2208-RBH |
| Mr. Bodiford, Sgt Bailey and Mr. Scheinsthul ) | |
| *Defendant* ) | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: This case is dismissed with prejudice for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Chief Judge R. Bryan Harwell who adopts the Report and Recommendation of the Honorable Magistrate Judge Kaymani D. West, United States Magistrate Judge.

Date:    August 4, 2020                                    *CLERK OF COURT*

                                                          s/Debbie Stokes
                                                   *Signature of Clerk or Deputy Clerk*